NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FEDERAL HOME LOAN MORTGAGE CORPORATION, AKA FREDDIE MAC,**
*Plaintiff-Appellee*

**v.**

**GRAFF/ROSS HOLDINGS, LLP,**
*Defendant-Appellant*

---

2013-1067, 2013-1068, 2013-1069

---

Appeals from the United States District Court for the District of Columbia in Nos. 07-CV-0796, 10-CV-1948, 11-CV-0941, Judge Richard J. Leon.

---

**JUDGMENT**

---

MATTHEW J. MOORE, Latham & Watkins LLP, Washington, DC, argued for plaintiff-appellee. Also represented by ADAM MICHAEL GREENFIELD, GABRIEL BELL.

JONATHAN S. FRANKLIN, Norton Rose Fulbright US LLP, Washington, DC, argued for defendant-appellant.

Also represented by SHEILA C. KADURA, MARK T. GARRETT, Austin, TX; BRETT CHRISTOPHER GOVETT, Dallas, TX.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 15, 2015 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |